EAST 46TH STREET MILLINERY CO. v. ANDERSON AUCTION CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the East 46th Street Millinery Company against the Anderson Auction Company. No opinion. Application denied, with $10 costs. Order signed.

EDGAR, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Maxwell Edgar against Stuyvesant Fish. D. J. Dowling, of New York City, for appellant. H. Taylor, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1084.

ELECTRIC STORAGE BATTERY CO., Respondent, v. MASON–SEAMAN TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Electric Storage Battery Company against the Mason-Seaman Transportation Company. W. L. Woodward, of New York City, for appellant. J. H. Shaffer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EMERY v. LANGEVIN et al. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by William N. Emery against William Paschal Langevin and another. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the January calendar, 1915, and be ready for argument when reached; otherwise, motion granted, with costs.

In re EMMET. In re EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) In the matter of William T. Emmet, superintendent, etc. In the matter of the Empire State Surety Company. No opinion. Motions granted. Settle orders on notice. See, also, 150 N. Y. Supp. 567.

EMPIRE TRUST CO. v. COLEMAN et al. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by the Empire Trust Company against Charles W. Coleman, as executor and trustee, etc., of Charles Donohue, deceased, and others.

PER CURIAM. As to the question of interest upon the three separate mortgages involved in this action, we think the subject-matter is covered by the decision of the United States Supreme Court in Brown v. Marion National Bank, 18 Sup. Ct. 390, 169 U. S. 416, 42 L. Ed. 801, and that the judgment below (85 Misc. Rep. 312, 147 N. Y. Supp. 740) should be so modified as to provide interest at the legal rate of 6 per cent. on all three mortgages from the date of the beginning of this action, viz., June 24, 1913; the principal sum to be reduced, however, by the amount of $9,129.79, which had been voluntarily relinquished by the plaintiff appellant. As so modified, the judgment is affirmed, with costs to the plaintiff appellant. This modification of the judgment requires a reversal of several findings of fact made in favor of the defendant appellants, and the finding by this court of several requests to find facts and conclusions of law. The order making such reversals and new findings should be settled on notice. Settle order on notice before Mr. Justice CARR.

BURR, J., not voting.

EPSTEIN v. MILLER. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Joseph Epstein against Morris Miller. No opinion. Application denied, with $10 costs. Order signed.

EPSTEIN v. JOHN WANAMAKER, N. Y., et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Annie Epstein against John Wanamaker, New York, and others. No opinion. Motion granted by directing the pleadings and notice of appeal to be printed and annexed to the papers when printed by appellant Wanamaker so that both appeals can be heard together. Settle order on notice.

ERLANGER v. SULLIVAN et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Abraham L. Erlanger against Patrick H. Sullivan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ERNST, Appellant, v. TERMINAL CLEARING HOUSE ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Irving L. Ernst, as trustee, etc., against the Terminal Clearing House Association. H. A. Heiser, of New York City, for appellant. C. E. Thorn, of New York City, for respondent.

PER CURIAM. Judgment (86 Misc. Rep. 295, 149 N. Y. Supp. 181) affirmed, with costs. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

ETTLINGER v. KRAMER et al. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Elsie H. Ettlinger against Albert J. Kramer and others. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 159 App. Div. 907, 144 N. Y. Supp. 1115.